

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JULIO CESAR ) <br> DORANTES ) <br> ) <br> Defendant. ) | Case No.: 18-676M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S.D. CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on failure to report to PO, whereabouts unknown

|    |                                                                                 |
|----|---------------------------------------------------------------------------------|
| 1  | _____ |
| 2  | _____ |
| 3  | _____ |
| 4  | and/or                                                                          |
| 5  | B. ( ) The defendant has not met his/her burden of establishing by              |
| 6  | clear and convincing evidence that he/she is not likely to pose                 |
| 7  | a danger to the safety of any other person or the community if                  |
| 8  | released under 18 U.S.C. § 3142(b) or (c). This finding is based                 |
| 9  | on:_____         |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/22/18

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS